IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE  CLARA CHRISTMAS | ) | |
| | ) | CASE NO.  21-01055 |
| | ) | JUDGE:  Timothy A. Barnes |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 13 |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 25, 2023, at 9:30 AM, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in his place, either in courtroom 744 of the Dirksen Federal Building located at 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the Debtor's Motion to Extend the Automatic Stay, a copy of which is attached.

See attached service list

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for the Government.**

You may appear electronically by video or by telephone.

**To appear by video,** use this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone,** call 1-669-254-5252 or 1-646-828-7666.  Then enter the Meeting ID: 1612732896 and passcode: 778135

**Meeting ID and passcode.**  The meeting ID for this hearing is 161 329 5276, and the passcode is 4333658.  The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion and want it called on the presentment day above,** you may file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may call the matter regardless.

## **CERTIFICATE OF SERVICE**

I, James Kutkowski, certify that I served a copy of this notice and the attached motion on the debtor and each entity shown below and by the method indicated on the list on May 19, 2023 before 6:00 PM.

| | |
|---|---|
| May 19, 2023 | /s/ James Kutkowski |
| | James Kutkowski |
| | Manning Law, PC |
| | 5 Washington Street |
| | Suite 300 |
| | Valparaiso, IN 46383 |
| | (219) 262-7007 |

Thomas Hooper, Chapter 13 Trustee electronically at
Thomas.h.hooper@chicagoch13.com

Patrick S. Layng, United States Trustee electronically at
USTPRegion11.ES.ECF@usdoj.gov

The Debtor(s) electronically at
 clara.christmas@sbcglobal.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE  CLARA CHRISTMAS | ) | |
| | ) | CASE NO.  21-01055 |
| | ) | JUDGE:  Timothy A. Barnes |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 13 |

## MOTION TO SUBSTITUTE COUNSEL

1. DEBTOR filed the above-captioned bankruptcy case and are currently represented by an associate attorney who is a former employee of Deighan Law LLC (formerly known as Upright Law).

2. Deighan Law LLC ("DEIGHAN") is winding up its practice and will not be able to practice law after May 31, 2023.

3. DEIGHAN and Manning Law PC ("MANNING") have agreed to have an attorney from MANNING substitute into this case with DEBTOR's consent.

4. DEBTOR has consented to the substitution of James Kutkowski, an attorney from MANNING; the consent agreement is attached hereto as "Exhibit A".

5. DEBTOR has entered into an agreement with MANNING where James Kutkowski will substitute as counsel in their case and MANNING will be paid the remaining post-filing Chapter 13 fees that would have been paid to DEIGHAN.  DEBTOR will be required to pay any additional money to MANNING for its services.

6. James Kutkowski, shall file an Amended Form B2030 if it seeks to collect fees that are due and owing from the Chapter 13 trustee.

WHEREFORE, DEBTOR and MANNING, by and through their attorney James Kutkowski, respectfully request that this Honorable Court grant the following relief:

(a) Enter an order substituting James Kutkowski in as counsel for DEBTOR.

(b) Enter an order directing the Chapter 13 Trustee to pay the remaining post-filing attorney fees to Manning Law PC.

(c) Any other relief court deems just and proper.

Date:  May 19, 2023

Respectfully Submitted,

*/s/ James Kutkowski*
James Kutkowski, #35135-45
Attorney Director of Operations
Manning Law PC
5 Washington Street
Suite 300
Valparaiso, IN 46383