UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 21bk01055 |
| Clara Christmas, | ) |
| | ) Chapter 13 |
| Debtor(s). | ) |
| | ) Judge Timothy A. Barnes |

NOTICE OF HEARING ON ATTORNEY'S FEE

The court held a hearing on the Motion to Dismiss for Failure to Make Plan Payments [Dkt. No. 54] (the "Motion") filed by Thomas H. Hooper (the "Trustee") on July 6, 2023 (the "Hearing"), in the above-captioned case. Counsel for the Debtor, Michael Bane ("Counsel") failed to appear at the Hearing. The Trustee also informed the court that no communication occurred with Debtor's Counsel prior to the Hearing. At the Hearing the Motion was granted as unopposed. Based on Counsel's failure to present a defense to the Motion,

IT IS HEREBY ORDERED THAT:

1. Under 11 U.S.C. § 329 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2017, the court has set a hearing to examine the Debtor's transactions with Counsel with respect to legal services provided in this case (the "329 Hearing"). Inquiry will be made at the 329 Hearing as to the amount of appropriate compensation given that Debtor's counsel did not appear at the Hearing or communicate with the Trustee with respect to the Motion.
2. The 329 Hearing will be held on July 20, 2023, at 10:00 a.m. in Courtroom 744, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and via Zoom. Instructions for appearing by Zoom are available at the court's website (www.ilnb.uscourts.gov). Counsel is ordered to appear personally.
3. Should Counsel fail to appear at the 329 Hearing, an order may be entered directing that Counsel to turn over, either to the Debtor or to the Trustee, all or part of the compensation heretofore received by Counsel.

Dated: July 6, 2023                ENTERED:

_____
Timothy A. Barnes
United States Bankruptcy Judge